ACCEPTED
03-14-00709-CV
4642226
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 3:31:40 PM
JEFFREY D. KYLE
CLERK

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

98 SAN JACINTO BOULEVARD ● SUITE 1900
AUSTIN, TEXAS 78701
512.469.6100
FAX 512.469.6180
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO
_____

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

REX D. VANMIDDLESWORTH
DIRECT DIAL: (512) 404-6701
EMAIL: rexvanm@tklaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 3:31:40 PM
JEFFREY D. KYLE
Clerk

March 25, 2015

**VIA E-FILE**

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
209 West 14th Street, Room 101
Austin, Texas 78701

> Re: Appeals Docket No. 03-14-00709-CV; Trial Court Case No. D-1-GN-14-003434; *Entergy Texas, Inc. v. Public Utility Commission of Texas, Office of Public Utility Counsel, and Texas Industrial Energy Consumers*

Dear Mr. Kyle:

Please be advised that the undersigned intends to present oral argument in this case on behalf of Texas Industrial Energy Consumers on Wednesday, May 6, 2015.

Respectfully submitted,

*/s/ Rex D. VanMiddlesworth*
Rex D. VanMiddlesworth
State Bar No. 20449400
Benjamin Hallmark
State Bar No. 24069865
rexvanm@tklaw.com
benjamin.hallmark@tklaw.com

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 25th day of March, 2015, the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

| | |
|---|---|
| *Counsel for Entergy Texas, Inc.* | David C. Duggins<br>John F. Williams<br>Marnie A. McCormick<br>Duggins Wren Mann & Romero, LLP<br>600 Congress Ave., Ste. 1900<br>Austin, Texas 78701 |
| *Counsel for the Public Utility Commission of Texas* | Elizabeth R. B. Sterling<br>Megan M. Neal<br>Environmental Protection Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| *Counsel for Office of Public Utility Counsel* | Sara J. Ferris<br>Office of Public Utility Counsel<br>1701 N. Congress Ave., Ste. 9-180<br>P.O. Box 12397<br>Austin, Texas 78711-2397 |

*/s/ Benjamin Hallmark*